EL PUEBLO, DEMANDANTE Y APELADO, *v.* BELMONTE, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por infracción al artículo 283 del Código, Penal.

No. 1303.—Resuelto en diciembre 13, 1918.

EXPOSICIONES DESHONESTAS—ACTOS DELIBERADOS DEL ACUSADO.—Una vez demostrado que el acusado deliberadamente expuso sus partes pudendas en un sitio no perfectamente protegido de ser visto, y en defecto de la más mínima prueba de la existencia de algún torpe motivo de parte de las personas que presenciaron la exposición deshonesta, la corte sentenciadora tiene el derecho de llegar a la conclusión de que ellas pudieron haber sido o efectivamente fueron ofendidas y declarar al acusado, en su consecuencia, convicto del delito previsto y penado por el artículo 283 del Código Penal.

EXPOSICIONES DESHONESTAS—SITIO PÚBLICO—TEXTO INGLÉS.—De acuerdo con el texto inglés, el artículo 283 del Código Penal no exige que el delito de ex-

posiciones ·deshonestas se cometa en un sitio público, sino que puede cometerse en "cualquier sitio," doctrina que puede aplicarse aun a falta de especial estatuto.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Pedro Timothee.*

Abogado ·del apelado: *Sr. Salvador· Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

La acusación en este caso le imputa al acusado el delito de haber expuesto voluntaria y lascivamente en el Hospital Municipal de San Juan sus partes pudendas, con ofensa del pudor de las enfermeras de dicho hospital. No hay duda alguna de que el acto se realizó deliberadamente. La defensa principal consiste, según la hemos entendido, en que las enfermeras en cuestión estaban voluntariamente en el sitio de la ocurrencia y consiguientemente no se les causó ofensa alguna. El estatuto, artículo 283 del Código Penal, hace culpable de un delito menos grave a todo el que voluntaria y lascivamente *"exposes his person or the private parts thereof in any public place or in any place where there are present other persons to be offended or annoyed thereby."*

En castellano se dice: "expusiere su persona o partes pudendas en cualquier sitio público o donde se hallaren presentes otras personas, a quienes tal exposición pudiere ofender o molestar."

La prueba tiende a demostrar que las enfermeras miraron hacia el sitio, imperfectamente velado por un biombo, en el que se hallaba el acusado, habiendo sido atraída la atención de una de ellas por un ruido que oyó. Una vez demostrado que el acusado deliberadamente expuso sus partes a estas mujeres y en defecto de la más mínima prueba de la existencia de algún torpe motivo de parte de ellas, la corte tenía ·el derecho de llegar a la conclusión de que ellas pudieron haber sido, o efectivamente fueron, ofendidas.

En cuanto a si el sitio era o no un sitio público es de advertirse que el texto inglés del estatuto no sólo habla de

un sitio público, sino que el delito puede cometerse en "cualquier sitio." Y era ésta la doctrina general de derecho a falta de especial estatuto.   8 R. C. L. 347.

Es de confirmarse la sentencia recurrida.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.